IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03092-MDB

BRIAN ROJAS-GUTIERREZ
Plaintiff

v.

JONATHAN NEIL & ASSOCIATES, INC.
Defendant

## STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE

Plaintiff, Brian Rojas-Gutierrez, by and through his attorney, Justin J. Walker, Esq., of the Law Office of Justin J. Walker, LLC, and Defendant, Jonathan Neil & Associates, LLC, by and through its attorney, Kevin T. Crocker, Esq., of Barron & Newburger, P.C., (both Plaintiff and Defendant referred together herein as "Parties"), hereby submit this Stipulated Motion to Dismiss this Case with Prejudice, and in support thereof state as follows:

1. The Parties reached an agreement resolving this case.

2. The Parties have consummated and completed the terms of the agreement.

3. The Parties stipulate the controversy is resolved in full and submit that dismissal of this action, with prejudice, with each party paying their own costs and fees, is appropriate.

WHEREFORE, the Parties respectfully request an order of dismissal, with prejudice, of this case, with each party to pay their own costs and fees, and directing this matter be closed upon the Court's docket.

Respectfully submitted this 26th day of January 2024.

| | |
|---|---|
| s/ Justin J. Walker | s/ Kevin T. Crocker |
| Justin J. Walker, Esq. | Kevin T. Crocker, Esq. |
| Law Office of Justin J. Walker, LLC | Barron & Newburger, P.C. |
| 318 East Pikes Peak Avenue | Genesee Center One |
| Colorado Springs, Colorado 80903-1912 | 602 Park Point Drive, Suite 150 |
| Telephone  (719) 635-3611 | Golden, CO 80401 |
| Facsimile   (719) 635-5544 | Telephone: (512) 679-9610 |
| justin@justinwalkerlaw.com | Facsimile: (512) 279-0310 |
| Attorney for Brian Rojas-Gutierrez | E-mail: kcrocker@bn-lawyers.com |
| | Attorney for Defendant Jonathan Neil & Associates, Inc. |